1512

## RECONSIDERATION DOCKET

**95–2141.**  Garfield Hts. v. Pub. Util. Comm.  Public Utilities Commission, Nos. 94–1176–EL–CMR, 94–1177–EL–CMR and 94–578–EL–CMR.  Reported at 75 Ohio St.3d 1473, 663 N.E.2d 1301.  On motion for reconsideration.  Motion denied.

**95–2366.**  Cran v. Drabek.  *Cuyahoga County,* No. 67801.  Reported at 75 Ohio St.3d 1473, 663 N.E.2d 1301.  On motion for reconsideration.  Motion denied.

**95–2598.**  State v. Guerra.  *Miami County,* No. 94CA62.  Reported at 75 Ohio St.3d 1473, 663 N.E.2d 1301.  On motion for reconsideration.  Motion denied.

**95–2613.**  Keider v. Fed. Ins. Co.  *Cuyahoga County,* No. 68196.  Reported at 75 Ohio St.3d 1477, 663 N.E.2d 1304.  On motion for reconsideration.  Motion denied.

PFEIFER, J., dissents.

**95–2645.**  Hayes v. Sorg Paper Co.  *Butler County,* No. CA95–06–114.  Reported at 75 Ohio St.3d 1470, 663 N.E.2d 1298.  On motion for reconsideration.  Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**95–2659.**  Giallombardo v. Terhune.  *Lake County,* No. 95–L–046.  Reported at 75 Ohio St.3d 1474, 663 N.E.2d 1301.  On motion for reconsideration.  Motion denied.